1046

[No. 10888–3–I. Division One. December 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
JOSEPH CIRELLI, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–02568–1, James J. Dore, J., entered
October 26, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Corbett,
J.

[No. 10746–1–I. Division One. December 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LEWIS SIMS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01437–9, James J. Dore, J., entered September 10, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Corbett,
J.

[No. 9574–9–I. Division One. December 15, 1982.]

STARTER SCHOOL CHILD CARE CENTER, INC., *Respondent,*
v. SYLVAN B. CADITZ, ET AL, *Appellants.*

SYLVAN B. CADITZ, *Appellant,* v. REST LODGE,
INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–00127–9, George H. Revelle, J., entered
October 31, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Callow, J.